USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/14

FLETCHER ASSET MANAGEMENT, INC.
48 WALL STREET, FOURTH FLOOR
NEW YORK, NY 10005

ALPHONSE FLETCHER, JR
(212) 284-4808
AFLETCHER@FLETCHER.COM

April 28, 2014



BY HAND

The Honorable William H. Pauley, III
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Stewart Turner v. Richard J. Davis, *In re: Fletcher International, Ltd.*,
Case No. 14-CV-02836 (WHP)

Dear Judge Pauley:

I am a party in interest in the above matter proceeding *pro se* and have filed the attached Request and Notice to Appeal or Join in the Turner Appeal of the bankruptcy court's order approving the settlement with United Community Banks, Inc. ("United"). The central issue, whether this settlement relating to the estate's primary asset meets the required standard, likely fails the "arms length" requirement. Specifically, as described in the attached filing, the bankruptcy court was deprived of an opportunity to judge whether the negotiation leading to the settlement was truly at "arms length." The chapter 11 trustee and his advisors refuse to honor their disclosure obligations under Bankruptcy Rule 2014 and Bankruptcy Code Section 327(a) despite being confronted with undisclosed connections founds in publicly available information.

After granting the trustee's *ex parte* request to hear the settlement motion on shortened notice, the bankruptcy court struck my objection to this settlement as untimely. My error and other neglect can be excused as it results from documented interference with my legal representation by certain parties in retaliation for my protests of discrimination. I humbly ask that you use your discretion to permit my participation so all parties are heard. Alternatively, I ask that you grant me the opportunity to present evidence of the above interference so that I might demonstrate justification for use of your discretion.

Respectfully and sincerely submitted,

Alphonse Fletcher, Jr.

cc: Michael Luskin
    Stewart Turner

*By May 13, 2014, Defendants are directed to file a response to Alphonse Fletcher's letter application to appeal or join in Stewart Turner's appeal in this matter.*

SO ORDERED: 5/7/14

WILLIAM H. PAULEY III U.S.D.J.

TELEPHONE: (212) 284-4800   WWW.FLETCHER.COM